# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0607
_____

RICARDO CHUB,

Petitioner,

v.

WALTER A. MCNEIL, Sheriff of
Leon County, and STATE OF
FLORIDA,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


April 23, 2025


PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, Randall Harper and Megan Long, Assistant Public Defenders, Tallahassee, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondents.